UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER AYUB,

                Plaintiff,

      -v-

EDELMAN & EDELMAN, P.C.,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2026

**ORDER**

25-CV-8972 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 24 (the "Letter Motion"), requesting to extend the briefing schedule for defendant's motion to dismiss. The Letter Motion is **GRANTED**. Plaintiff's opposition brief is due by **April 29, 2026**, and Defendant's reply brief is due by **May 13, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 24 as **GRANTED**.

**SO ORDERED.**

Dated: April 21, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge